Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Boulevard, Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
BEHRUZ BONSHAHI, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual, <br><br>   Plaintiff, <br><br> vs. <br><br> BARNES & NOBLE, INC., and DOES 1 through 10, inclusive, <br><br>   Defendants. | Case No. 3:25-cv-03291-AMO <br><br> **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** <br><br> Complaint Filed:  April 11, 2025 <br> Trial Date:  None |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Behruz Bonshahi and defendant Barnes & Noble, Inc. hereby stipulate and jointly request that the court enter a dismissal of the above-entitled action with prejudice.  The parties shall bear their own litigation costs, expert costs, and attorneys' fees.

IT IS SO STIPUATED.

Dated:  August 4, 2025

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

*/s/ Jason G. Gong*
By:  _____
Jason G. Gong
Attorney for Plaintiff
Behruz Bonshahi

| | | |
|---|---|---|
| 1 | Dated:  August 4, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & HAMPTON, P.C. |
| 2 | | |
| 3 | | */s/ Amber L. Roller*<br>By: _____ |
| 4 | | David Raizman<br>Amber Roller<br>Attorneys for Defendant |
| 5 | | Barnes & Noble, Inc. |

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory whose signature is indicated above by a conformed signature ("/s/") within this e-filed document.

Dated:  August 4, 2025                                         */s/ Jason G. Gong*
                                                                              _____
                                                                                         Jason G. Gong

---

*Bonshahi v. Barnes & Noble, Inc., et al.,* Case No. 3:25-cv-03291-AMO
Joint Stipulation for Dismissal of Action with Prejudice

2